1  BRIAN J. STRETCH (CSBN 163973)
   Acting United States Attorney
2
   IOANA PETROU (CSBN 170834)
3  Assistant United States Attorney

4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-7189
   FAX: (415) 436-7234
6  E-mail: ioana.petrou@usdoj.gov

7  Attorneys for Plaintiff
   United States of America
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,           )
14 |                 Plaintiff,          )   **(PROPOSED) ORDER RELATING**
   |                                     )   **CASES**
15 |                                     )
16 |         v.                          )   CR 06-0707 MHP
   | INTERMUNE, INC.,                    )
17 |                                     )
   |                 Defendant.          )
18 | _____ )
   |                                     )
19 | UNITED STATES OF AMERICA,           )
   |                                     )   CR 08-0164 CRB
20 |                 Plaintiff,          )
   |                                     )
21 |         v.                          )
   |                                     )
22 | W. SCOTT HARKONEN,                  )
   |                                     )
23 |                 Defendant.          )
   | _____ )
24

25     Pursuant to Criminal Local Rule 8-1, and on the basis that it would conserve judicial

26  resources and promote an efficient determination of the criminal matter,

27     IT IS HEREBY ORDERED THAT Criminal Action No. 08-0164 CRB, <u>United States of</u>

28  <u>America v. W. Scott Harkonen</u> is related to Criminal Action No. 06-0707 MHP <u>United States of</u>

<u>America v. InterMune, Inc.</u>

    IT IS FURTHER ORDERED THAT the Clerk of the Court reassign Criminal Action No. 08-0164 CRB to Judge Marilyn H. Patel.

DATED: _____

                      MARILYN HALL PATEL
                      U.S. District Court Judge

ORDER RELATING CASES
CR 06-0707 MHP; CR 08-0164 CRB    2