**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7189
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102*  *FAX:(415) 436-7234*

March 26, 2008

Honorable Joseph C. Spero
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

    **Re:    U.S. v. W. Scott Harkonen, CR 08-0164 CRB**

Dear Judge Spero:

    This letter is to request that the arraignment of the defendant, W. Scott Harkonen, in the above-referenced case, be taken off calendar. The arraignment is currently set for March 31, 2008 at 9:30 a.m. At the request of defense counsel we are making this request for a postponement of the arraignment to April 17, 2008 at 9:30 a.m.

    If you have any questions regarding this matter, please do not hesitate to contact me at (415) 436-7189.

    Very truly yours,

    BRIAN J. STRETCH
    Acting United States Attorney

By:    /S/
    IOANA PETROU
    Assistant United States Attorney

cc:    Jim Walden, Esq., Gibson, Dunn & Crutcher, LLP
    James Brosnahan, Esq., Morrison & Foerster, LLP