BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

IOANA PETROU (CSBN 170834)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7189
    FAX: (415) 436-7234
    E-mail: ioana.petrou@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> W. SCOTT HARKONEN, ) <br> ) <br>         Defendant. ) <br> ) | No.: CR 08-0164 CRB <br><br> **NOTICE OF ADDITION OF COUNSEL** |

     The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Assistant United States Attorney ("AUSA") Jonathan Schmidt is also assigned to this case. Accordingly, please have future ECF notices sent to AUSA Schmidt at the email address of jonathan.schmidt@usdoj.gov. In addition, the following two Department of Justice trial attorneys are assigned to this case and should also receive future ECF notices:

///
///
///
///
///
///
///

| | |
|---|---|
| Sondra Mills, Esq.<br>Department of Justice<br>Office of Consumer Litigation<br>Liberty Square Building<br>450 5th Street, NW, Sixth Floor South<br>Telephone: (202) 616-2375<br>FAX: (202) 514-8742<br>sondra.mills@usdoj.gov | Allan Gordus, Esq.<br>Department of Justice<br>Office of Consumer Litigation<br>Liberty Square Building<br>450 5th Street, NW, Sixth Floor South<br>Telephone: (202) 307-1862<br>FAX: (202) 514-8742<br>allan.gordus@usdoj.gov |

DATED:   March 27, 2008		Respectfully submitted,

BRIAN J. STRETCH
Acting United States Attorney


_____/S/_____
IOANA PETROU
Assistant United States Attorney

NOTICE OF ADDITIONAL COUNSEL
CR 08-0164 CRB			2