BRIAN J. STRETCH (CSBN 163973)
Acting United States Attorney

IOANA PETROU (CSBN 170834)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7189
    FAX: (415) 436-7234
    E-mail: ioana.petrou@usdoj.gov

SONDRA L. MILLS
Trial Attorney

    U.S. Department of Justice
    Office of Consumer Litigation
    450 5th Street, NW, 6th Floor South
    Washington, DC 20001
    Telephone: (202) 616 -2375
    FAX: (202) 514-8742
    E-mail: sondra.mills@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>           Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> W. SCOTT HARKONEN, ) <br> ) <br>           Defendant. ) <br> ) | No.: CR 08-0164 MHP <br><br> **NOTICE OF ADDITION OF COUNSEL** |

    The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise the court that Trial Attorney Sondra L. Mills is also assigned to this case. Accordingly, please have future ECF notices sent to Trial Attorney Sondra L. Mills at the email address of sondra.mills@usdoj.gov.

///

1 | DATED:  April 3, 2008                           Respectfully submitted,
2
3 |                                                                 BRIAN J. STRETCH
  |                                                                 Acting United States Attorney
4
5 |                                                                         /S/
  |                                                                 _____
6 |                                                                 SONDRA L. MILLS
  |                                                                 Trial Attorney
7
...
28 | NOTICE OF ADDITIONAL COUNSEL
   | CR 08-0164 MHP                                  2