```
1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   IOANA PETROU (CABN 170834)
3  JONATHAN D. SCHMIDT (CABN 230646)
   Assistant United States Attorneys
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-7189
6      Facsimile: (415) 436-7234
       ioana.petrou@usdoj.gov
7      jonathan.schmidt@usdoj.gov

8  SONDRA L. MILLS (DCBN 367463)
   ALLAN GORDUS (MOBN 48210)
9  Trial Attorneys

10     DOJ Office of Consumer Litigation
       Liberty Square Building
11     450 5th Street, NW, Sixth Floor South
       Telephone: (202) 616-2375
12     FAX: (202) 514-8742
       sondra.mills@usdoj.gov
13     allan.gordus@usdoj.gov

14 Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0164 MHP |
| )<br>Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME |
| v. ) | |
| ) | |
| W. SCOTT HARKONEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 17, 2008, the parties in this case appeared before the Honorable Magistrate Judge Joseph C. Spero for defendant W. Scott Harkonen's initial appearance and stipulated that time should be excluded from the Speedy Trial Act calculations from April 17, 2008 to May 5, 2008, at which time the parties are scheduled to appear before the Honorable District Court

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 08-0164 MHP
1

Judge Marilyn H. Patel. The parties represented that granting the continuance was necessary for effective preparation of counsel given the complexity of the case and nature of the prosecution, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                              BRIAN J. STRETCH
                              Acting United States Attorney

DATED: April 17, 2008                /s/
                              IOANA PETROU
                              Assistant United States Attorney

DATED: April 17, 2008                /s/
                              WILLIAM M. GOODMAN
                              Attorney for W. Scott Harkonen

     As the Court found on April 17, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 17, 2008 to May 12, 2008 for effective preparation of counsel. See 18 U.S.C. §3161(h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the complexity of the case and nature of the prosecution, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                   _____
                              Honorable Joseph C. Spero
                              Magistrate Court Judge