BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

IOANA PETROU (CABN 170834)
JONATHAN D. SCHMIDT (CABN 230646)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7189
   Facsimile: (415) 436-7234
   ioana.petrou@usdoj.gov
   jonathan.schmidt@usdoj.gov

SONDRA L. MILLS (DCBN 367463)
ALLAN GORDUS (MOBN 48210)
Trial Attorneys

   DOJ Office of Consumer Litigation
   Liberty Square Building
   450 5th Street, NW, Sixth Floor South
   Telephone: (202) 616-2375
   FAX: (202) 514-8742
   sondra.mills@usdoj.gov
   allan.gordus@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0164 MHP |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
|   v. | |
| W. SCOTT HARKONEN, | |
|     Defendant. | |

      On April 17, 2008, the parties in this case appeared before the Honorable Magistrate Judge Joseph C. Spero for defendant W. Scott Harkonen's initial appearance and stipulated that time should be excluded from the Speedy Trial Act calculations from April 17, 2008 to May 5, 2008, at which time the parties are scheduled to appear before the Honorable District Court

1 | Judge Marilyn H. Patel.  The parties represented that granting the continuance was necessary for
2 | effective preparation of counsel given the complexity of the case and nature of the prosecution,
3 | taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).
4 | SO STIPULATED:

      BRIAN J. STRETCH
      Acting United States Attorney

DATED: April 17, 2008          _____/s/_____
       IOANA PETROU
       Assistant United States Attorney


DATED: April 17, 2008          _____/s/_____
       WILLIAM M. GOODMAN
       Attorney for W. Scott Harkonen


As the Court found on April 17, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from April 17, 2008 to May 12, 2008 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the complexity of the case and nature of the prosecution, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: April 18, 2008          _____
                               Honorable
                               Magistrate Judge Joseph C. Spero



STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 08-0164 MHP