**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 5, 2008

Case No.   CR 08-0164  MHP          Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- W. SCOTT HARKONEN (b);

Attorneys:   Plf: Ioana Petrou
             Dft: Marcus Topel, William Goodman

Deputy Clerk: Anthony Bowser  Court Reporter: Debra Pas

**PROCEEDINGS**

1)  Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Further status conference set for 9/15/2008 at 10:00 am to allow for review of discovery;

Excludable time found re voluminous discovery, effective preparation; Govt to submit order.