1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  IOANA PETROU (CABN 170834)
   JONATHAN D. SCHMIDT (CABN 230646)
   Assistant United States Attorneys
4
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
       Telephone: (415) 436-7189
6      Facsimile: (415) 436-7234
       ioana.petrou@usdoj.gov
7      jonathan.schmidt@usdoj.gov

8  SONDRA L. MILLS (DCBN 367463)
   ALLAN GORDUS (MOBN 48210)
9  Trial Attorneys

10     DOJ Office of Consumer Litigation
       Liberty Square Building
11     450 5th Street, NW, Sixth Floor South
       Telephone: (202) 616-2375
12     FAX: (202) 514-8742
       sondra.mills@usdoj.gov
13     allan.gordus@usdoj.gov

14 Attorneys for Plaintiff

15             UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18 UNITED STATES OF AMERICA,        )  CR No. 08-0164 MHP
                                     )
19         Plaintiff,                )  STIPULATION AND [PROPOSED] ORDER
                                     )  EXCLUDING TIME
20    v.                             )
                                     )
21 W. SCOTT HARKONEN,                )
                                     )
22         Defendant.                )
                                     )
23 _____  )

24         On May 5, 2008, the parties in this case appeared before the Honorable District Court

25 Judge Marilyn Hall Patel and stipulated that time should be excluded from the Speedy Trial Act

26 calculations from May 5, 2008 to September 15, 2008, at which time the parties are scheduled to

27 appear before Judge Patel for further status conference.

28         The parties represented that granting the continuance was necessary for effective preparation

1   of counsel given the complexity of the case, nature of the prosecution, and voluminous

2   discovery, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3   SO STIPULATED:

4                                                    BRIAN J. STRETCH
                                                     Acting United States Attorney

5

6

7   DATED: April 17, 2008                      _____/s/_____
                                                     IOANA PETROU
                                                     Assistant United States Attorney

8

9

10  DATED: April 17, 2008                      _____/s/_____
                                                     WILLIAM M. GOODMAN
                                                     Attorney for W. Scott Harkonen

11

12          As the Court found on May 5, 2008, and for the reasons stated above, the Court finds that

13  the ends of justice served by the continuance outweigh the best interests of the public and the

14  defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

15  calculations from May 12, 2008 to September 15, 2008 for effective preparation of counsel.  See

16  18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny counsel

17  reasonable time necessary for effective preparation, taking into account the complexity of the

18  case, nature of the prosecution, and voluminous discovery, and would result in a miscarriage of

19  justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

20

21  SO ORDERED.

22

23  DATED:_____                       _____

24                                                   Marilyn Hall Patel
                                                     District Court Judge

25

26

27

28