MARCUS S. TOPEL (SBN 54702)
WILLIAM M. GOODMAN (SBN 61305)
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 California Street, Suite 2050
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendant
**W. SCOTT HARKONEN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>W. SCOTT HARKONEN,<br><br>Defendant. | CR No. 08-0164-MHP<br><br>**NOTICE OF FILING OF AFFIDAVIT OF OWNER OF CASH SECURITY** |

Attached hereto is the Affidavit of W. Scott Harkonen, Owner of Cash Security, in the above-referenced case.

RESPECTFULLY SUBMITTED

DATED: May 6, 2008

/S/
WILLIAM M. GOODMAN
MARCUS S. TOPEL
Attorneys for Defendant
W. SCOTT HARKONEN

---

1
Notice Of Filing Of Affidavit Of Owner Of Cash Security

#8006424

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AFFIDAVIT OF OWNER OF CASH SECURITY

United States v. _V. Scott Harkonen_    Case Number CR _08-164 MHP_

By my signature below on the date listed therein, I, the owner of the cash or cash equivalents listed below, hereby certify under penalty of perjury that the below amount of cash or cash equivalents appearing next to my signature and deposited as security on the foregoing bond is owned by me and is to be returned to me at the below address upon exoneration of this bond.

| Name of Owner of Cash | Address of Owner of Cash | SSN/TIN/ITIN/EIN* | Telephone Number | Amount of Cash | Signature of Owner | Date Signed |
|---|---|---|---|---|---|---|
| Scott Harkonen | 125 Montavalo Rd, Hillsboro | 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 | | $20,000.- | W Scott Har | 5/1/08 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*NOTE: Upon exoneration, disbursement cannot be made without SSN, TIN, ITIN or EIN.