1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2

3   IOANA PETROU (CABN 170834)
    JONATHAN D. SCHMIDT (CABN 230646)
    Assistant United States Attorneys

4

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-7189

6       Facsimile: (415) 436-7234
        ioana.petrou@usdoj.gov

7       jonathan.schmidt@usdoj.gov

8   SONDRA L. MILLS (DCBN 367463)
    ALLAN GORDUS (MOBN 48210)

9   Trial Attorneys

10      DOJ Office of Consumer Litigation
        Liberty Square Building

11      450 5th Street, NW, Sixth Floor South
        Telephone: (202) 616-2375

12      FAX: (202) 514-8742
        sondra.mills@usdoj.gov

13      allan.gordus@usdoj.gov

14  Attorneys for Plaintiff

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18  UNITED STATES OF AMERICA,          )   CR No. 08-0164 MHP
                                        )
19          Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXCLUDING TIME
20      v.                              )
                                        )
21  W. SCOTT HARKONEN,                  )
                                        )
22          Defendant.                  )
                                        )
23  _____   )

24      On May 5, 2008, the parties in this case appeared before the Honorable District Court

25  Judge Marilyn Hall Patel and stipulated that time should be excluded from the Speedy Trial Act

26  calculations from May 5, 2008 to September 15, 2008, at which time the parties are scheduled to

27  appear before Judge Patel for further status conference.

28      The parties represented that granting the continuance was necessary for effective preparation

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 08-0164 MHP
                                        1

1  of counsel given the complexity of the case, nature of the prosecution, and voluminous

2  discovery, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3  SO STIPULATED:

4                                                            BRIAN J. STRETCH
                                                             Acting United States Attorney
5

6
   DATED: April 17, 2008                           _____/s/_____
7                                                            IOANA PETROU
                                                             Assistant United States Attorney
8

9
   DATED: April 17, 2008                           _____/s/_____
10                                                          WILLIAM M. GOODMAN
                                                             Attorney for W. Scott Harkonen
11

12

13         As the Court found on May 5, 2008, and for the reasons stated above, the Court finds that

14  the ends of justice served by the continuance outweigh the best interests of the public and the

    defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
15
    calculations from May 12, 2008 to September 15, 2008 for effective preparation of counsel.  See
16
    18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny counsel
17
    reasonable time necessary for effective preparation, taking into account the complexity of the
18
    case, nature of the prosecution, and voluminous discovery, and would result in a miscarriage of
19
    justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
20

21

22  SO ORDERED.

23
    DATED:__5/6/2008_____
24                                                 Marilyn
                                                   District
25



26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME - CR 08-0164 MHP