1  MARK J. TAMBLYN (State Bar No. 179272)
   mjt@wtwlaw.com
2  WEXLER TORISEVA WALLACE LLP
   1610 Arden Way, Suite 290
3  Sacramento, California 95815
   Telephone: (916) 568-1100
4  Facsimile: (916) 568-7890

5  Attorney for Plaintiff

6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA

8  
9  LINDA K. RYBKOSKI, on behalf of herself      )
   and others similarly situated,               )   No. 3:08-cv-02916-VRW
                                                )
10                Plaintiff,                    )   [PROPOSED] ORDER RELATING
                                                )   CASES
11    v.                                        )
                                                )   Judge Vaughn R. Walker
12 INTERMUNE, INC., W. SCOTT                    )
   HARKONEN, AND GENENTECH, INC.,               )
13                                              )
                                                )
14                Defendants.                   )
                                                )
15 DEBORAH JANE JARRETT, NANCY                  )
   ISENHOWER, AND JEFFREY H.                    )   THIS DOCUMENT RELATES TO:
16 FRANKEL,                                     )
                                                )   Case No. 3:08-cv-02376-MHP
17                Plaintiffs,                   )
                                                )
18    v.                                        )
                                                )
19 INTERMUNE INC., W. SCOTT                     )
   HARKONEN AND GENENTECH, INC.,                )
20                                              )
                                                )
21                Defendants.                   )
                                                )
22 UNITED STATES OF AMERICA,                    )
                                                )   THIS DOCUMENT RELATES TO:
23                Plaintiffs,                   )
                                                )   Case No.: 06-cv-00707-MHP
24    v.                                        )
                                                )
25 INTERMUNE, INC.,                             )
                                                )
26                Defendant.                    )
                                                )
27
28

Case No. 3:08-cv-02916-VRW
[PROPOSED] ORDER RELATING CASES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>v.<br><br>W. SCOTT HARKONEN,<br><br>                Defendant. | THIS DOCUMENT RELATES TO:<br><br>Case No.: 06-cv-00164-MHP |

On June 30, 2008, Plaintiff Linda Rybkoski filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court, having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the action entitled *Linda K. Rybkoski, et al., v. InterMune, Inc., et al.*, Case No. No. 3:08-cv-02916-VRW is hereby related to the following actions:

*Deborah Jane Jarrett, et al. v. InterMune, Inc.*, et al., Case No. 3:08-cv-02376-MHP;

*United States v. InterMune, Inc.*, Case No. 06-cv-00707-MHP; and

*United States v. Harkonen*, Case No. 08-cv-00 164-MHP.

**IT IS SO ORDERED.**

Dated: July 22, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

Case No. 3:08-cv-02916-VRW
[PROPOSED] ORDER RELATING CASES