KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
MARCUS S. TOPEL (SBN 54702)
mtopel@kasowitz.com
WILLIAM M. GOODMAN (SBN 61305)
wgoodman@kasowitz.com
101 California Street, Suite 2050
San Francisco, California  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for
**W. SCOTT HARKONEN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERMUNE, INC.,<br><br>　　　　Defendant. | Case No. CR 08-0164 MHP<br><br>**[PROPOSED] ORDER GRANTING HARKONEN'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10**<br><br>**Judge:　Hon. Marilyn Hall Patel**<br>**Dept.:　15** |

Having considered the papers submitted in support of Defendant W. Scott Harkonen's ("Harkonen") *Ex Parte* Application To File Certain Documents Under Seal ("*Ex Parte* Application"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

///

///

///

///

///

---

1
[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO FILE UNDER SEAL; CASE NO. 08-cr-00164

1  Harkonen's *Ex Parte* Application is GRANTED, and the following documents will be
2  filed under seal:
3  1.  Signed "Acknowledgement of Protective Order and Proper Handling of Materials
4  Subject Thereto" forms from non-party service providers retained by defense counsel in
5  connection with Harkonen's defense.
6  IT IS FURTHER ORDERED that:
7  No access to the aforementioned documents filed under seal will be provided to the
8  government, barring further order of this Court.

10  DATED: August _26_, 2008



_____
Judge Marilyn H. Patel

IT IS SO ORDERED

---

2
[PROPOSED] ORDER GRANTING *EX PARTE* MOTION TO FILE UNDER SEAL; CASE NO. 08-cr-00164