KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
Marcus S. Topel (SBN 54702)
mtopel@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

**Attorneys for Defendant**
W. Scott Harkonen

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-08-0164 MHP |
| Plaintiff, | **~~[PROPOSED]~~ SCHEDULING ORDER** |
| v. | |
| W. SCOTT HARKONEN, | |
| Defendant. | |

At the status conference on September 15, 2008, the following schedule was set:

|  |  | **DATE** |
|---|---|---|
| 1. | Defendant's First Round Pretrial Motions to be filed by: | January 9, 2009 |
| 2. | Government's Oppositions to Defendant's First Round Pretrial Motions to be filed by: | February 9, 2009 |
| 3. | Defendant's Replies in Support of First Round Motions to be filed by: | February 16, 2009 |
| 4. | Hearing on First Round Pretrial Motions: | March 5, 2009 at 2:30pm |
| 5. | Trial: | June 23, 2009 |

A further pretrial conference and additional motions filing and hearing dates will be set at the March 5, 2009 hearing.

---

1

[PROPOSED] SCHEDULING ORDER                                                     C-08-0164-MHP
Doc. 8011958v2

1   It is so ordered.

2

3   DATED: __9/19/2008_____



4

5

6   Approved as to form and substance:

7

8   By:  /s/ Ioana Petrou
         IOANA PETROU
9        Assistant United States Attorney
         **Attorney for Plaintiff**
10       UNITED STATES OF AMERICA

11

12

13  By:  /s/ William M. Goodman
         WILLIAM M. GOODMAN
14       **Attorney for Defendant**
          W. Scott Harkonen
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] SCHEDULING ORDER                                        C-08-0164-MHP
Doc. 8011958v2