BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

IOANA PETROU (CABN 170834)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7189
   Facsimile: (415) 436-7234
   ioana.petrou@usdoj.gov

ALLAN GORDUS (MOBN 48210)
Trial Attorney

   DOJ Office of Consumer Litigation
   Liberty Square Building
   450 5th Street, NW, Sixth Floor South
   Telephone: (202) 307-1862
   FAX: (202) 514-8742
   allan.gordus@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0164 MHP |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING PRETRIAL CONFERENCE |
| v. | ) ) | Trial Date: June 23, 2009 |
| W. SCOTT HARKONEN, | ) ) | |
| Defendant. | ) ) | |

     The pretrial conference in this matter is currently set for June 11, 2009 at 2:30 p.m.

     At the request of the government, and with the concurrence of the defendant, the pretrial

//

//

//

STIP AND [PROPOSED] ORDER RE PRETRIAL CONF - CR 08-0164 MHP
1

1  conference is hereby taken off calendar on June 11 and scheduled for June 10, 2009 at 2:30 p.m.

3  SO STIPULATED:

4                                  BRIAN J. STRETCH
                                Acting United States Attorney

6  DATED:  March 19, 2009            _____/s/_____
                                       IOANA PETROU
                                       Assistant United States Attorney

9  DATED: March 19, 2009             _____/s/_____
                                       WILLIAM M. GOODMAN
                                       Attorney for W. Scott Harkonen

12 SO ORDERED.

15 DATED:__3/20/2009_____
                                    Honorable
                                    District

*IT IS SO ORDERED. Judge Marilyn H. Patel — United States District Court, Northern District of California*

STIP AND [PROPOSED] ORDER RE PRETRIAL CONF - CR 08-0164 MHP

2