BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

IOANA PETROU (CABN 170834)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7189
Facsimile: (415) 436-7234
ioana.petrou@usdoj.gov

ALLAN GORDUS (MOBN 48210)
Trial Attorney

DOJ Office of Consumer Litigation
Liberty Square Building
450 5th Street, NW, Sixth Floor South
Telephone: (202) 307-1862
FAX: (202) 514-8742
allan.gordus@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0164 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME, SETTING TRIAL AND PRE-TRIAL DATES, AND UNSEALING APRIL 15, 2009 MEMORANDUM AND ORDER DENYING MOTION TO DISMISS THE INDICTMENT |
| v. | |
| W. SCOTT HARKONEN, | |
| Defendant. | |

On April 20, 2009, the parties in this case appeared before the Honorable District Court Judge Marilyn H. Patel for further status conference.

At the conference, both parties stated that they had no objection to the Court unsealing the April 15, 2009 Memorandum and Order Denying Motion to Dismiss the Indictment.

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND SETTING DATES
CR 08-0164 MHP

1

1  Upon Defendant W. Scott Harkonen's motion, the Court continued the trial from
2  June 23, 2009 to July 14, 2009. The parties stipulated that time should be excluded from
3  the Speedy Trial Act calculations from June 23, 2009 to July 14, 2009, for effective
4  preparation of counsel given the complexity of the case, nature of the prosecution, and
5  voluminous discovery, taking into account the exercise of due diligence. See 18 U.S.C. §
6  3161(h)(7)(A) and (B)(iv).

7  The pretrial conference was continued to June 24, 2009, at 2:30 p.m. The parties
8  were ordered to file the following on or before June 10, 2009:

9  • Motions in Limine in one omnibus motion
10 • Proposed Voir dire
11 • Proposed Jury Instructions
12 • Joint Pretrial Statement
13 • Trial Brief if either party believes there are signficiant legal issues outstanding
14 • Final List of Witnesses and Exhibits

15 In addition, the parties now stipulate that expert witness disclosures, previously set
16 for May 11, 2009, now be due on May 26, 2009. The parties further stipulate that the due
17 date for the preliminary witness and exhibit lists shall be continued from May 15, 2009 to
18 May 29, 2009.

19 SO STIPULATED:

20                                                BRIAN J. STRETCH
21                                                Acting United States Attorney

22
23 DATED: April 20, 2009                  _____/s/_____
24                                                IOANA PETROU
                                               Assistant United States Attorney

25
26 DATED: April 20, 2009                  _____/s/_____
                                               WILLIAM M. GOODMAN
27                                                Attorney for W. Scott Harkonen

28
STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND SETTING DATES
CR 08-0164 MHP

With no objection heard from either party, the Court's April 15, 2009 Memorandum and Order Denying Motion to Dismiss the Indictment is hereby immediately unsealed and the Clerk of the Court is hereby ordered to unseal the Memorandum and Order.

As the Court found on April 20, 2009, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 23, 2009 to July 14, 2009 for effective preparation of counsel. See 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

In addition, the following dates are set:

- The trial of this matter is continued to July 14, 2009.
- The pretrial conference is continued to June 24, 2009 at 2:30 p.m.
- Expert witness disclosures are due on May 25, 2009.
- Preliminary witness and exhibit lists are due on May 29, 2009.
- The following are due on June 10, 2009:
  - Motions in Limine in one omnibus motion
  - Proposed Voir dire
  - Proposed Jury Instructions
  - Joint Pretrial Statement
  - Trial Brief if either party believes there are signficiant legal issues outstanding
  - Final List of Witnesses and Exhibits

Any oppositions or responses to the filings due on June 10, 2009 are due on June 17, 2009 and any reply briefs are due on June 22, 2009.

//
//
//

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND SETTING DATES
CR 08-0164 MHP



IT IS SO ORDERED
Judge Marilyn H. Patel

1  SO ORDERED.

2

3  DATED:_____          _____
                                 Honorable Marilyn H. Patel
4                                District Court Judge

STIPULATION AND [PROPOSED] ORDER
EXCLUDING TIME AND SETTING DATES
CR 08-0164 MHP

4