BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

IOANA PETROU (CABN 170834)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7189
Facsimile: (415) 436-7234
ioana.petrou@usdoj.gov

ALLAN GORDUS (MOBN 48210)
Trial Attorney

DOJ Office of Consumer Litigation
Liberty Square Building
450 5th Street, NW, Sixth Floor South
Telephone: (202) 307-1862
FAX: (202) 514-8742
allan.gordus@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-0164 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER REGARDING EXPERT |
| v. ) | WITNESS DISCLOSURES |
| ) | |
| W. SCOTT HARKONEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 20, 2009, the parties in this case submitted a stipulation and proposed order concerning a number of pre-trial dates, including a date for expert witness disclosures. In the stipulation, the parties stated that they agreed to an expert witness disclosure date of May 26, 2009. However, the order submitted mistakenly stated the proposed date as May 25, 2009.

STIPULATION AND [PROPOSED] ORDER
SETTING EXPERT DISCLOSURE DATE
CR 08-0164 MHP

1

1  Therefore, the parties now jointly request that the Court order that the expert
2  witness disclosure date by May 26, 2009, as the parties originally intended.
3  SO STIPULATED:

4                                      BRIAN J. STRETCH
                                       Acting United States Attorney
5

6
   DATED: April 22, 2009              _____/s/_____
7                                      IOANA PETROU
                                       Assistant United States Attorney
8

9
   DATED: April 22, 2009              _____/s/_____
10                                     WILLIAM M. GOODMAN
                                       Attorney for W. Scott Harkonen
11

12

13  IT IS HEREBY ORDERED THAT expert witness disclosures are due on May 26,
14  2009.

15

16

17  SO ORDERED.

18

19  DATED: 4/23/2009                  _____
                                       Honorable
20                                     District
                                       
                                       IT IS SO ORDERED
                                       Judge Marilyn H. Patel

STIPULATION AND [PROPOSED] ORDER
SETTING EXPERT DISCLOSURE DATE
CR 08-0164 MHP

2