1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
3  IOANA PETROU (CABN 170834)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
5      Telephone: (415) 436-7189
       Facsimile: (415) 436-7234
6      ioana.petrou@usdoj.gov

7  ALLAN GORDUS (MOBN 48210)
   Trial Attorney
8
       DOJ Office of Consumer Litigation
9      Liberty Square Building
       450 5th Street, NW, Sixth Floor South
10     Telephone: (202) 307-1862
       Facsimile: (202) 514-8742
11     allan.gordus@usdoj.gov

12 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08-164 MHP |
|---|---|
| Plaintiff, | ) [PROPOSED] STIPULATION AND |
| v. | ) ORDER REGARDING OBJECTIONS TO |
|   | ) DEFENSE EXPERTS |
| W. SCOTT HARKONEN, | ) |
| Defendant. | ) |

Pursuant to the Court's Order, the parties' motions *in limine* are due on June 10, with oppositions due June 17, and replies due June 22. The motions are to be heard at the June 24, 2009 pre-trial conference.

The parties filed their expert witness notices on May 26, 2009. The government objects to the defense notice and the parties are meeting and conferring in order to try to resolve or at

**Stip & Order re Experts**
**CR 08-164 MHP**

least limit any disputes. Currently, the defense is gathering the documents and information relied upon by its experts in order to provide it to the government by Wednesday, June 10, at 4 p.m. and will also submit a revised expert notice by Wednesday, June 10, at 4 p.m.

In order to avoid filing unnecessary motions and in order to have any expert issue heard on June 24, the parties propose that any government objections to expert notice be filed by June 12, with oppositions due June 18, and replies due June 22.

The government reserves its right to object at a later time to expert notices or information filed after Wednesday, June 10, at 4 p.m. .

BRIAN J. STRETCH
Acting United States Attorney

DATED: June 8, 2009          /s/
                             IOANA PETROU
                             Assistant United States Attorney

DATED: June 8, 2009          /s/
                             WILLIAM M. GOODMAN
                             Attorney for W. Scott Harkonen

### ORDER

It is hereby ordered that government objections to expert notice be filed by June 12, with oppositions due June 18, and replies due June 22.

SO ORDERED.

DATED: 6/10/2009



Honorable
District

IT IS SO ORDERED
Judge Marilyn H. Patel

**Stip & Order re Experts**
**CR 08-164 MHP**                2