MARCUS S. TOPEL (State Bar No. 54702)
mtopel@kasowitz.com
WILLIAM M. GOODMAN (State Bar No. 61305)
wgoodman@kasowitz.com
LYN R. AGRE (State Bar No. 178218)
lagre@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Counsel for Defendant
W. SCOTT HARKONEN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>W. SCOTT HARKONEN,<br><br>Defendant. | Case No: CR 08-164 MHP<br><br>STIPULATION OF W. SCOTT HARKONEN RE: CONTINUATION OF TRIAL DATE; [PROPOSED] ORDER |

Stipulation Of W. Scott Harkonen
Re: Continuation Of Trial Date; [Proposed] Order

Case No. CR 08-164 MHP

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

1  Upon stipulation of the parties, the trial date was continued from July 14, 2009 to August

2  11, 2009. The parties stipulated that time should be excluded from the Speedy Trial Act

3  calculations from July 14, 2009 to August 11, 2009, for effective preparation of counsel given the

4  complexity of the case, nature of the prosecution, and voluminous discovery, taking into account

5  the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  Defendant, W. Scott

6

7  Harkonen, having been fully advised of his rights by counsel, hereby personally stipulates to the

8  exclusion of time set forth herein, and agrees to the new trial date of August 11, 2009.

9

10 **SO STIPULATED:**

11

12 DATED:  June 29, 2009

13  W. Scott Harkonen
    Defendant

14

15

16 DATED: June 29, 2009

17  Marcus S. Topel
    Attorney for W. Scott Harkonen

18

19

20 DATED: June 29, 2009

21  Ioana Petrou
    Attorney for W. Scott Harkonen

22

23

24 **IT IS SO ORDERED.**

25

26 DATED:_ June 30, 2009

27

28



Stipulation Of W. Scott Harkonen
Re: Continuation Of Trial Date; [Proposed] Order

1

Case No. CR-08-164 MHP

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111