MARCUS S. TOPEL (State Bar No. 54702)
mtopel@kasowitz.com
WILLIAM M. GOODMAN (State Bar No. 61305)
wgoodman@kasowitz.com
DANIEL F. COOK (State Bar No. 70484)
dcook@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Counsel for Defendant
W. SCOTT HARKONEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>W. SCOTT HARKONEN,<br><br>Defendant. | Case No:  CR 08-0164 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DUE DATE FOR DRAFT PRESENTENCE REPORT**<br><br>Date: February 10, 2010<br>Time:  2:30 p.m.<br>Judge: Hon. Marilyn Hall Patel |

WHEREAS, the Court's minute order regarding the October 19, 2009 scheduling conference stated that the <u>final,</u> rather than the <u>draft,</u> presentence report is due on February 2010;

AND, WHEREAS, the parties and the Court had agreed at the scheduling hearing that the <u>draft</u> presentence report was due on February 10, 2010;

NOW, THEREFORE, consistent with the agreements reached at the October 19, 2009 scheduling conference in the above-referenced case, it is hereby stipulated that the <u>draft</u> presentence report shall be due and provided only to counsel for the parties on February 10, 2010. It is further stipulated that a sentencing date, and a due date for the <u>final</u> presentence report, will be

1

addressed at the hearing on post-trial motions on February 10, 2010, depending on the resolution of those motions.

IT IS SO STIPULATED:

DATED: November 4, 2009

By:  /s/ Ioana Petrou
IOANA PETROU
Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: November 4, 2009

By:  /s/ William M. Goodman
WILLIAM M. GOODMAN
Attorney for Defendant
W. SCOTT HARKONEN

IT IS SO ORDERED:  11/5/2009

_____
HON. MARILYN HALL PATEL
United States District Judge

8044593v1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Marilyn H. Patel]*

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111