MARCUS S. TOPEL (State Bar No. 54702)
mtopel@kasowitz.com
WILLIAM M. GOODMAN (State Bar No. 61305)
wgoodman@kasowitz.com
LYN R. AGRE (State Bar No. 178218)
lagre@kasowitz.com
DANIEL F. COOK (State Bar No. 70484)
dcook@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Counsel for Defendant
W. SCOTT HARKONEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>W. SCOTT HARKONEN,<br><br>Defendant. | Case No: CR 08-0164 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: LENGTH OF POST-TRIAL<br>MOTIONS BRIEFS** |

1   WHEREAS, this Court's Local Rules provide that a motion in a criminal case is not to
2   exceed 25 pages in length, *see* Crim. L.R. 47-2(b); Civil L.R. 7-2(b);
3   WHEREAS, on December 4, 2009, defendant W. Scott Harkonen filed a combined brief,
4   of 45 pages long, bringing motions for dismissal of the indictment, for a judgment of acquittal
5   under Federal Rule of Criminal Procedure 29, and for a new trial under Federal Rule of Criminal
6   Procedure 33;
7   WHEREAS, Dr. Harkonen could have brought the motions under Rules 29 and 33
8   separately, with each separate motion up to 25 pages in length (for a combined total of 50 pages),
9   but instead filed a combined brief for the convenience of the Court and the government;
10  WHEREAS, the government has requested, and Dr. Harkonen agrees, that the government
11  may exceed the page length limitations for its opposition brief, *see* Crim. L.R. 47-2(d); Civil L.R.
12  7-4(b);
13  WHEREAS, Dr. Harkonen has requested, and the government agrees, that Dr. Harkonen
14  may exceed the page length limitations for its reply brief, *see* Crim. L.R. 47-2(d); Civil L.R. 7-
15  4(b);
16  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that Dr. Harkonen's
17  combined post-trial motions brief may be up to 45 pages long; that the government's opposition
18  brief may be up to ~~50~~ 45 pages long, and Dr. Harkonen's reply brief may be up to 25 pages long.
19
20  IT IS SO STIPULATED:
21
22  DATED: December 9, 2009          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
23
24
25                                    By:  /s/ William M. Goodman
                                           WILLIAM M. GOODMAN
26                                         Counsel for Defendant
                                           W. SCOTT HARKONEN
27
28

1 | DATED: December 9, 2009
2 |
3 |                                  By:  /s/ Ioana Petrou
4 |                                       IOANA PETROU
   |                                       ASSISTANT UNITED STATES ATTORNEY
5 |                                       Counsel for Plaintiff
   |                                       UNITED STATES OF AMERICA
6 |
7 |
8 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
9 |
10|
11|                                  HON. MARILYN H. PATEL
   |                                  United States District Judge
12|

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

2
Stipulation and [Proposed] Order Re: Length of Post-Trial Motions Briefs
No: CR 08-164 MHP