MARCUS S. TOPEL (State Bar No. 54702)
mtopel@kasowitz.com
WILLIAM M. GOODMAN (State Bar No. 61305)
wgoodman@kasowitz.com
LYN R. AGRE (State Bar No. 178218)
lagre@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Counsel for Defendant
W. SCOTT HARKONEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>W. SCOTT HARKONEN,<br><br>Defendant. | Case No:  CR 08-0164 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DUE DATE FOR THE DRAFT PRESENTENCE REPORT** |

WHEREAS, the current due date for the draft presentence report in the above-referenced case is February 10, 2010, and

WHEREAS, both the government and the defendant through counsel either have submitted or will be submitting extensive materials related to sentencing to the United States Probation Officer, and

WHEREAS, counsel for the defendant need additional time to submit such materials and to respond to the extensive submission already made by the government to the probation officer, and

WHEREAS, the probation officer does not object to an extension of time for completing and submitting the draft presentence report given the volume of information that she has to review,

NOW, THEREFORE, the parties by and through counsel hereby agree and stipulate that the due date for the draft presentence report shall be extended from February 10, 2010 to February 26, 2010.

IT IS SO STIPULATED:

DATED: January 8, 2010       KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:   /s/ William M. Goodman
      WILLIAM M. GOODMAN
      Counsel for Defendant
      W. SCOTT HARKONEN

DATED:  January 8, 2010


By:   /s/ Ioana Petrou
      IOANA PETROU
      ASSISTANT UNITED STATES ATTORNEY
      Counsel for Plaintiff
      UNITED STATES OF AMERICA

---

Based on the stipulation of counsel and for good cause,

IT IS SO ORDERED:       _____
                        HON. MARILYN H. PATEL

Dated:  1/12/2010



Stip and [Proposed] Order Extending Due Date for Draft Presentence Report       No:  CR 08-164 MHP