Mark E. Haddad (SBN 205945)
mhaddad@sidley.com
Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
Naomi A. Igra (SBN 269095)
nigra@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Defendant
W. SCOTT HARKONEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>W. SCOTT HARKONEN,<br><br>        Defendant. | Case No. CR 08-0164 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SENTENCING MEMORANDA**<br><br>Date:     November 15, 2010<br>Time:    10:00 AM<br>Place:    Courtroom 15, 18th Floor<br>Judge:   Hon. Marilyn Hall Patel |

**STIPULATION**

WHEREAS, the Court previously set Monday, October 25, 2010 as the date for the United States and Defendant W. Scott Harkonen to file sentencing memoranda in this matter;

WHEREAS, the trial record in this matter is voluminous, with over 180 exhibits and 22 volumes of trial transcripts;

WHEREAS, Sidley Austin LLP ("Sidley") was recently retained by Scott Harkonen to represent him as to sentencing in this matter;

WHEREAS, the parties have worked, and are continuing to work, diligently in preparing sentencing memoranda that will best assist the Court in fashioning an appropriate sentence for Scott Harkonen;

WHEREAS, Sidley has requested an extension of time until Thursday, October 28, 2010 at 12:00 noon PT, to ensure that Scott Harkonen's sentencing memoranda will most effectively assist the Court;

WHEREAS, the United States and Scott Harkonen have agreed, with approval of the Court, to extend the time to file simultaneously their respective sentencing memoranda until October 28, 2010 at 12:00 p.m. PT;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the parties' Sentencing Memoranda will be filed on the Court's ECF system by October 28, 2010 at 12:00 p.m PT.

Dated:  October 25, 2010                    SIDLEY AUSTIN LLP


                                            By: /s/ Mark E. Haddad
                                                Mark E. Haddad

                                            Attorneys for Defendant
                                            W. SCOTT HARKONEN

Dated:  October 25, 2010                        BRIAN J. STRETCH
                                                Acting United States Attorney


                                                By: /s/ Kyle Waldinger
                                                    Kyle Waldinger
                                                    Assistant United States Attorney


**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45.X.B., I hereby attest that the other signatory has concurred in this filing.


Dated:  October 25, 2010                        SIDLEY AUSTIN LLP

                                                By: /s/ Mark E. Haddad
                                                    Mark E. Haddad

                                                    Attorneys for Defendant
                                                    W. SCOTT HARKONEN

3

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SENTENCING MEMORANDA**
**CASE NO CR 08-0164 MHP**

SF1 1612535v.1

**[~~PROPOSED~~] ORDER**

Upon stipulation of the parties, and good cause appearing, the parties' shall file sentencing memoranda in this matter on the Court's ECF system by October 28, 2010 at 12:00 p.m.

IT IS SO ORDERED.

Dated:   October 26, 2010



HON. MARILYN HALL PATEL
United States District Judge

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE SENTENCING MEMORANDA**
**CASE NO CR 08-0164 MHP**

SF1 1612535v.1