Mark E. Haddad (SBN 205945)
mhaddad@sidley.com
Douglas A. Axel (SBN 173814)
daxel@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

Robert B. Martin III (SBN 235489)
rbmartin@sidley.com
Naomi A. Igra (SBN 269095)
nigra@sidley.com
R. Van Swearingen (SBN 259809)
vswearingen@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Defendant
W. SCOTT HARKONEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-0164 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS AND SENTENCING** |
| v. | |
| W. SCOTT HARKONEN, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER – CASE NO. CR 08-0164 MHP**

SF1 1678835v.1

# STIPULATION

WHEREAS, on March 10, 2011, the Court set April 1, 2011 at 2:30 p.m. as the hearing date for Defendant W. Scott Harkonen's Motion for New Trial Due to Brady Violation ("*Brady* Motion"); his Motion for New Trial Under Rule 33 for Newly Discovered Evidence, Including the Brief of the United States in *Matrixx Initiatives Inc. v. Siracusano* ("Matrixx Motion"); and for sentencing (ECF 346);

WHEREAS, on March 29, 2011, the Court continued the April 1, 2011 motions hearing and sentencing until April 8, 2011 at 2:30 p.m. (ECF 354);

WHEREAS, lead counsel for Dr. Harkonen has a pre-existing and long-planned trip with his daughter on April 8, 2011, to tour universities on the east coast over her spring break, and as such is not available for the hearing as set by the Court;

WHEREAS, counsel for Dr. Harkonen and the United States have met and conferred regarding the scheduling conflict, and counsel for the United States has agreed to join in a stipulation for a further continuance of the motions hearing and sentencing until April 13, 2011 at 10:00 a.m.;

WHEREAS, counsel for the United States conferred with Ms. Sara Rizor Black, the Probation Officer assigned to this matter from the U.S. Probation Office, who stated that she is available for the proposed April 13, 2011 hearing date at 10:00 a.m.;

WHEREAS, the parties have consulted the Court's calendar posted on its website, which does not show any scheduling conflict for the proposed April 13, 2011 hearing date;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the motions hearing and sentencing, currently on calendar for April 8, 2011, are rescheduled to April 13, 2011 at 10:00 a.m.

//
//
//
//
//
//

1  Respectfully submitted,

2

3  Dated: March 30, 2011                         SIDLEY AUSTIN LLP

4

5                                                By: /s/ Mark E. Haddad
                                                     Mark E. Haddad
6

7                                                    Attorneys for Defendant
                                                     W. SCOTT HARKONEN
8

9  Dated: March 30, 2011                         BRIAN J. STRETCH
                                                 Acting United States Attorney
10

11

12                                               By: /s/ Kyle Waldinger
                                                     Kyle Waldinger
13                                                   Assistant United States Attorney

14

15                        **SIGNATURE ATTESTATION**

16         I am the ECF User whose identification and password are being used to file the

17  foregoing Stipulation and [Proposed] Order.  In compliance with General Order 45.X.B., I hereby

18  attest that the other signatory has concurred in this filing.

19

20  Dated: March 30, 2011                         SIDLEY AUSTIN LLP

21
                                                  By: /s/ Mark E. Haddad
22                                                    Mark E. Haddad

23                                                    Attorneys for Defendant
                                                      W. SCOTT HARKONEN
24

25

26

27

28
                                               2
            **STIPULATION AND [PROPOSED] ORDER – CASE NO. CR 08-0164 MHP**

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the motions hearing and sentencing, currently on calendar for April 8, 2011, are rescheduled to April 13, 2011 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:   March 31, 2011



_____
HONORABLE MARILYN HALL PATEL
United