**Mark E. Haddad (SBN 205945)**
mhaddad@sidley.com
**Douglas A. Axel (SBN 173814)**
daxel@sidley.com
**SIDLEY AUSTIN LLP**
**555 West Fifth Street, Suite 4000**
**Los Angeles, California  90013**
**Telephone:  (213) 896-6000**
**Facsimile:  (213) 896-6600**

**Robert B. Martin III (SBN 235489)**
rbmartin@sidley.com
**Naomi A. Igra (SBN 269095)**
nigra@sidley.com
**R. Van Swearingen (SBN 259809)**
vswearingen@sidley.com
**SIDLEY AUSTIN LLP**
**555 California Street**
**San Francisco, California  94104**
**Telephone:  (415) 772-1200**
**Facsimile:  (415) 772-7400**

**Attorneys for Defendant**
**W. SCOTT HARKONEN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 08-0164 MHP |
| Plaintiff, | ) **[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBIT A TO SECOND SUPPLEMENTAL APPENDIX OF DEFENDANT W. SCOTT HARKONEN'S SUPPLEMENTAL SENTENCING MEMORANDUM AND MOTIONS FOR NEW TRIAL |
| v. | |
| W. SCOTT HARKONEN, | |
| Defendant. | |
| | ) Date:    April 13, 2011<br>) Time:    10:00 AM<br>) Place:   Courtroom 15, 18th Floor<br>) Before:  Hon. Marilyn Hall Patel |

1  Having reviewed Defendant's Administrative Motion to File Under Seal Exhibit A
2  attached to the Second Supplemental Appendix of Defendant W. Scott Harkonen's Supplemental
3  Sentencing Memorandum and Motions for New Trial, and pursuant to Criminal Local Rules 32-5
4  & 55-1, and Civil Local Rules 7-11 & 79-5, and good cause appearing therefore, the motion is
5  GRANTED and the Clerk of the Court is directed to file Exhibit A under seal.

**IT IS SO ORDERED.**

DATED: April 12, 2011

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA