1  BRIAN J. STRETCH (CABN 163973)
   Attorney for the United States, Acting
2  Under Authority Conferred by 28 U.S.C. § 515

3  KYLE F. WALDINGER (ILBN 6238304)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-6830
6       Facsimile: (415) 436-7234
        kyle.waldinger@usdoj.gov
7
   ALLAN GORDUS (MOBN 48210)
8  Trial Attorney

9       DOJ Consumer Protection Branch
        Liberty Square Building
10      450 5th Street, NW, Sixth Floor South
        Washington, DC 20001
11      Telephone: (202) 307-1862
        Facsimile: (202) 514-8742
12      allan.gordus@usdoj.gov

13 Attorneys for Plaintiff

14

15                      UNITED STATES DISTRICT COURT

16                     NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18
   UNITED STATES OF AMERICA,          )    No. CR 08-164 MHP
19                                    )
         Plaintiff,                   )    STIPULATION AND [PROPOSED]
20                                    )    ORDER REGARDING INITIATION OF
        v.                            )    HOME DETENTION CONDITION OF
21                                    )    TERM OF PROBATION
   W. SCOTT HARKONEN,                 )
22                                    )
         Defendant.                   )
23                                    )
                                      )
24

25      The United States of America and the defendant W. Scott Harkonen, by and through their

26 respective counsel, hereby stipulate and agree, and do jointly request, that this Court approve the

27 lifting of the stay of Special Condition No. 2 of the defendant's term of probation.  That special

28 condition requires the defendant to complete six months of home detention.  An order from this

STIPULATION AND [PROPOSED] ORDER
CR 08-0164 MHP

Court approving the lifting of the stay will allow the Probation Office to implement this portion of the judgment order. The assigned Probation Officer, Maria Ross, has requested that the parties obtain an order from the Court approving of the lifting of the stay. In support of their stipulation and joint request, the parties state as follows:

1. On September 29, 2009, the defendant W. Scott Harkonen was convicted of wire fraud at the conclusion of a jury trial. *See* CR 240.

2. On April 13, 2011, The Honorable Marilyn Hall Patel sentenced the defendant to a three-year term of probation and ordered him to pay a fine of $20,000. The court also imposed several special conditions of probation, including that the defendant complete six months of home detention and that he perform 200 hours of community service. The court stayed the home-detention condition "until further notice — pending appeal in this matter." *See* CR 382, at 3.

3. The defendant appealed his conviction to the Ninth Circuit Court of Appeals. On March 4, 2013, a three-judge panel upheld the defendant's wire fraud conviction in an unpublished *per curiam* opinion. *See United States v. Harkonen*, 2013 WL 782354 (9th Cir. 2013).

4. The defendant filed a petition for rehearing en banc on March 29, 2013. The court of appeals denied that petition on May 7, 2013. The mandate was issued on May 17, 2013.

5. Defendant intends to petition the United States Supreme Court for a writ of certiorari, but does not object to the stay condition being lifted at this time.

6. Given these facts, the parties jointly request that the Court now approve the lifting of the stay of the home-detention condition. The defendant has now been on probation for more than two years. *See* 18 U.S.C. § 3564(a) ("A term of probation commences on the day that the sentence of probation is imposed, unless otherwise ordered by the court."). According to the assigned Probation Officer, Maria Ross, the defendant has not served any of his six months of home detention. Lifting the stay of the home detention special condition at this time is appropriate.

7. Judge Patel retired from the court on September 30, 2012. Accordingly, the

STIPULATION AND [PROPOSED] ORDER
CR 08-0164 MHP                                           2

parties jointly request that this matter either be handled by the duty district court judge in San Francisco, or that the case be re-assigned to a new judge.

SO STIPULATED.

DATED: June 12, 2013                    BRIAN J. STRETCH
                                        Acting United States Attorney

                                        _____/s/_____
                                        KYLE F. WALDINGER
                                        Assistant United States Attorney

                                        ALLAN GORDUS
                                        Trial Attorney

DATED: June 12, 2013                    SIDLEY AUSTIN LLP

                                    By: _____/s/_____
                                        MARK E. HADDAD
                                        DOUGLAS A. AXEL
                                        Attorneys for Defendant
                                        W. SCOTT HARKONEN

### [~~PROPOSED~~] ORDER

For the reasons stated in the parties' stipulation, the Court hereby orders that the stay of Special Condition No. 2 of the defendant W. Scott Harkonen's term of probation is hereby LIFTED. The Probation Office is ordered to implement that portion of the judgment order by no later than July 1, 2013.

IT IS SO ORDERED.

DATED: 6/26/13
                                        _____
                                        UNITED STATES DISTRICT JUDGE