IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| W. SCOTT HARKONEN, | No. CR 08-0164 RS |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On July 30, 2014, petitioner W. Scott Harkonen filed a Petition for Writ of Error Coram Nobis. (ECF No. 399). The United States is hereby ordered to show cause as to why the petition should not be granted. Respondent shall file a written response by September 15, 2014. Petitioner shall file any reply by September 29, 2014.

IT IS SO ORDERED.

Dated: 8/14/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE