1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6830
7     Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov
8
ALLAN GORDUS (MOBN 48210)
9 | Trial Attorney

10     DOJ Office of Consumer Litigation
    Liberty Square Building
11     450 5th Street, NW, Sixth Floor South
    Telephone: (202) 307-1862
12     Facsimile: (202) 514-8742
    allan.gordus@usdoj.gov
13
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.   CR 08-00164 RS |
|---|---|
| Plaintiff-Respondent, | ) |
| v. | ) **STIPULATION AND [~~PROPOSED~~]** |
|  | ) **ORDER AMENDING BRIEFING** |
| W. SCOTT HARKONEN, | ) **SCHEDULE** |
| Defendant-Petitioner. | ) |

    The United States, by and through its counsel Assistant United States Attorney Kyle F. Waldinger and U.S. Department of Justice Trial Attorney Allan Gordus, and the defendant-petitioner W. Scott Harkonen, by and through his counsel Dennis P. Riordan, stipulate and agree as follows:

    1.    On July 30, 2014, W. Scott Harkonen filed a Petition for Writ of Error Coram Nobis under 28 U.S.C. § 1651(a) seeking an order vacating his conviction.  Doc. 399.  The

STIP. AND [PROPOSED] ORDER
CR08-00164 RS

1. Petition was subsequently assigned to the Honorable Richard Seeborg.  Doc. 403.

2. On August 14, 2014, the Court issued an order directing the United States to show cause as to why the Petition should not be granted.  The Court ordered the United States to file its response by September 15, 2014.

3. Counsel for the United States has informed counsel for Dr. Harkonen that the United States does wish to file a response to the Petition.  However, counsel for the United States need significant additional time to review the Petition and to prepare its response.

4. After conferring, the parties now jointly stipulate and agree to the following briefing schedule:

| | |
|---|---|
| December 12, 2014 | Government to file any opposition seeking dismissal or denial of the Petition |
| January 30, 2015 | Defendant-Petitioner to file any reply |

SO STIPULATED.

Dated:  August 26, 2014

MELINDA HAAG
United States Attorney

/s/
KYLE F. WALDINGER
Assistant United States Attorney

ALLAN GORDUS
Trial Attorney

Dated: August 26, 2014

/s/
DENNIS P. RIORDAN
Attorney for W. SCOTT HARKONEN

IT IS SO ORDERED.

Dated: August 27, 2014

HON. RICHARD SEEBORG
United States District Court Judge

STIP. AND [PROPOSED] ORDER
CR08-00164 RS                              2