| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (ILBN 6238304)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-6830<br>Facsimile: (415) 436-7234<br>E-mail: kyle.waldinger@usdoj.gov |
| 8 | |
| 9 | ALLAN GORDUS (MOBN 48210)<br>Trial Attorney |
| 10 | DOJ Consumer Protection Branch<br>Liberty Square Building |
| 11 | 450 5th Street, NW, Sixth Floor South<br>Washington, D.C. 20001 |
| 12 | Telephone: (202) 307-1862<br>Facsimile: (202) 514-8742 |
| 13 | E-mail: allan.gordus@usdoj.gov |
| 14 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. | CR 08-00164 RS |
| Plaintiff-Respondent, | ) | | |
| v. | ) | **STIPULATION AND [~~PROPOSED~~]**<br>**ORDER AMENDING BRIEFING**<br>**SCHEDULE** | |
| W. SCOTT HARKONEN, | ) | | |
| Defendant-Petitioner. | ) | | |

The United States, by and through its counsel Assistant United States Attorney Kyle F. Waldinger and U.S. Department of Justice Trial Attorney Allan Gordus, and the defendant-petitioner W. Scott Harkonen, by and through his counsel Dennis P. Riordan, stipulate and agree as follows:

1. On July 30, 2014, W. Scott Harkonen filed a Petition for Writ of Error Coram

STIP. AND [PROPOSED] ORDER
CR 08-00164 RS

1  Nobis under 28 U.S.C. § 1651(a) seeking an order vacating his conviction.  Doc. 399.  The
2  Petition was subsequently assigned to the Honorable Richard Seeborg.  Doc. 403.
3       2.   On August 14, 2014, the Court issued an order directing the United States to show
4  cause as to why the Petition should not be granted.  The Court ordered the United States to file its
5  response by September 15, 2014.
6       3.   On August 27, 2014, based on a stipulation of the parties, the Court amended the
7  briefing schedule to allow the United States to file any opposition seeking dismissal or denial of
8  the Petition on December 12, 2014, and for the Defendant-Petitioner to file his reply on January
9  30, 2015.  CR 406.
10      4.   Since that time, counsel for the United States has been working on the United
11 States' opposition.  However, because of work on other matters and the number of issues raised in
12 the Petition, the United States needs additional time to complete a thorough response to the
13 Petition.
14      5.   Accordingly, after conferring, the parties now jointly stipulate and agree to the
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STIP. AND [PROPOSED] ORDER
CR 08-00164 RS                                      2

following amended briefing schedule:

    January 23, 2015    Government to file any opposition seeking dismissal or denial of the Petition

    February 27, 2015    Defendant-Petitioner to file any reply

SO STIPULATED.

Dated: December 2, 2014

    MELINDA HAAG
    United States Attorney

    /s/
    KYLE F. WALDINGER
    Assistant United States Attorney

    ALLAN GORDUS
    Trial Attorney

Dated: December 2, 2014

    /s/
    DENNIS P. RIORDAN
    Attorney for W. SCOTT HARKONEN

IT IS SO ORDERED.

Dated: 12/2/14

    HON. RICHARD SEEBORG
    United States District Court Judge

STIP. AND [PROPOSED] ORDER
CR 08-00164 RS    3