| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (CABN 298752)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6830 |
| 7 | Facsimile: (415) 436-7234<br>E-mail: kyle.waldinger@usdoj.gov |
| 8 | |
| 9 | ALLAN GORDUS (MOBN 48210)<br>Trial Attorney |
| 10 | DOJ Consumer Protection Branch<br>Liberty Square Building |
| 11 | 450 5th Street, NW, Sixth Floor South<br>Washington, D.C. 20001 |
| 12 | Telephone: (202) 307-1862<br>Facsimile: (202) 514-8742 |
| 13 | E-mail:  allan.gordus@usdoj.gov |
| 14 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. | CR 08-00164 RS |
| Plaintiff-Respondent, | ) | | |
| v. | ) | **STIPULATION AND [~~PROPOSED~~]**<br>**ORDER AMENDING BRIEFING**<br>**SCHEDULE** | |
| W. SCOTT HARKONEN, | ) | | |
| Defendant-Petitioner. | ) | | |

The United States, by and through its counsel Assistant United States Attorney Kyle F. Waldinger and U.S. Department of Justice Trial Attorney Allan Gordus, and the defendant-petitioner W. Scott Harkonen, by and through his counsel Dennis P. Riordan, stipulate and agree as follows:

    1.    On July 30, 2014, W. Scott Harkonen filed a Petition for Writ of Error Coram

1  Nobis under 28 U.S.C. § 1651(a) seeking an order vacating his conviction.  Doc. 399.  The
2  Petition was subsequently assigned to the Honorable Richard Seeborg.  Doc. 403.
3       2.    On August 14, 2014, the Court issued an order directing the United States to show
4  cause as to why the Petition should not be granted.  The Court ordered the United States to file its
5  response by September 15, 2014.
6       3.    On August 27, 2014, based on a stipulation of the parties, the Court amended the
7  briefing schedule to allow the United States to file any opposition seeking dismissal or denial of
8  the Petition on December 12, 2014, and for the Defendant-Petitioner to file his reply on January
9  30, 2015.  CR 406.  On December 2, 2014, based on another stipulation of the parties, the Court
10 again amended the briefing schedule to allow the United States to file any opposition seeking
11 dismissal or denial of the Petition on January 23, 2015, and for the Defendant-Petitioner to file his
12 reply on February 27, 2015.  CR 410.
13     4.    Since August, counsel for the United States has been working on the United States'
14 opposition.  However, because of work on other matters and the number of issues raised in the
15 Petition, the United States needs additional time to complete a thorough response to the Petition.
16     5.    Accordingly, after conferring, the parties now jointly stipulate and agree to the
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

following amended briefing schedule:

    February 6, 2015    Government to file any opposition seeking dismissal or denial of the Petition

    March 13, 2015    Defendant-Petitioner to file any reply

SO STIPULATED.

Dated: January 16, 2015            MELINDA HAAG
United States Attorney

                                          /s/
                                    KYLE F. WALDINGER
Assistant United States Attorney

ALLAN GORDUS
Trial Attorney

Dated: January 16, 2015                    /s/
                                    DENNIS P. RIORDAN
Attorney for W. SCOTT HARKONEN

IT IS SO ORDERED.

Dated: 1/16/2015                         HON. RICHARD SEEBORG
United States District Court Judge