UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff and Respondent,<br>v.<br>W. SCOTT HARKONEN,<br>    Defendant and Petitioner. | Case No. 08-cr-00164-RS-1<br><br>**JUDGMENT** |

Pursuant to the order denying the petition for the writ of error coram nobis filed this date, judgment is hereby entered in favor of respondent, the United States of America.

**IT IS SO ORDERED**.

Dated: August 21, 2015

_____
RICHARD SEEBORG
United States District Judge